UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE  **Jeffrey S. Newton (P41537)**               Misc. No. 09-MC-50305
_____/

## ORDER OF SUSPENSION

Jeffrey S. Newton was suspended from the practice of law for a period of thirty (30) days by the Michigan Attorney Discipline Board, effective on March 3, 2009.

Accordingly, Jeffrey S. Newton is suspended from the practice of law before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan pursuant to E.D. Mich. LR 83.22.

Reinstatement by the United States District Court is not reciprocal to any reinstatement issued by any Attorney Discipline Board.  Local Rule 83.22 governs reinstatement in the United States District Court (see enclosed).

A copy of this Order shall be served upon Jeffrey S. Newton by certified mail, return receipt requested.

IT IS SO ORDERED.

               s/ Gerald E. Rosen
           GERALD E. ROSEN, CHIEF JUDGE
             United States District Court

Dated:   March 19, 2009
         Detroit, Michigan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE   **Jeffrey S. Newton (P41537)**                    Misc. No. 09-MC-50305

_____/

### CERTIFICATE OF MAILING

UNITED STATES OF AMERICA        )
                                ) ss
EASTERN DISTRICT OF MICHIGAN    )

A copy of the Order of Suspension in the above-entitled cause was served upon

Jeffrey S. Newton at:

      Post Office Box 2372            and            4520 Robinwood
      Birmingham, MI  48012                          Royal Oak, MI  48073

on this date by placing it in an envelope, certified mail, return receipt requested, and

depositing it in a United States Postal Service receptacle in Detroit, Michigan.

                                                  s/ Patricia Foster Hommel
                                           PATRICIA FOSTER HOMMEL, Deputy Clerk
                                   United States District Court for the Eastern District of Michigan

Dated:   March 19, 2009
             Detroit, Michigan