**CERTIFIED MAIL**

BERNARD A. FRIEDMAN
U.S. District Judge
United States Courthouse
Detroit, Michigan 48226

7007 2560 0002 1716 2877

$05.66
03/19/2009
Mailed From 48226
US POSTAGE

RETURN RECEIPT REQUESTED

PERSONAL
CONFIDENTIAL

Jeffrey S. Newton
4520 Robinwood
Royal Oak, MI  48073

NIXIE        2029 1        24 04/15/09

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Jeffrey S. Newton
Street, Apt. No.; or PO Box No.: 4520 Robinwood
City, State, ZIP+4: Royal Oak, MI  48073

7007 2560 0002 1716 2877

PS Form 3800, August 2006          See Reverse for Instructions




